UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JAMES M. WOODS ET AL.,

          Plaintiffs,

-against-

CONAGRA FOODS INC.,
BRUCE RHODE

          Defendants.
----------------------------------------------------------X

**ORDER GRANTING**
**TRANSFER OF VENUE**

05 Civ. 6707 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    WHEREAS at the suggestion of the Court and with the consent of all parties, and the balance of convenience and the interest of justice strongly pointing to the United States District Court for the District of Nebraska, where related suits are pending before the Honorable Lyle Strom, United State District Judge, and pursuant to 28 U.S.C. § 1404(a),

    The Clerk is directed to transfer this case to the United States District Court for the District of Nebraska, for further proceedings in that court.

    SO ORDERED.

Dated:    New York, New York
          October __17__, 2005

                                    ALVIN K. HELLERSTEIN
                                    United States District Judge

1