IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE CONAGRA FOODS, INC. SECURITIES LITIGATION ) ) ) ) | 8:05CV493 |
| JAMES M. WOODS, on behalf of himself and all others similarly situated, ) ) ) ) | ORDER TO SHOW CAUSE |
| Plaintiff, ) ) | |
| v. ) ) | |
| CONAGRA FOODS, INC., et al., ) ) | |
| Defendants. ) | |

The records of the court show that on 10/28/05 (Filing No. 33), a letter was sent to Eric J. Belfi from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System.

As of 1/20/06, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **2/6/06**, Eric J. Belfi is to register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

**DATED** this 20th day of January, 2006.

**BY THE COURT:**

s/ Lyle E. Strom
**UNITED STATES DISTRICT JUDGE**