IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

_____
IN RE CONAGRA FOODS, INC.           )
SECURITIES LITIGATION               )
_____)
JAMES M. WOODS, on behalf           )
of himself and all others           )
similarly situated,                 )
                                    )
            Plaintiff,              )          8:05CV493
                                    )
      v.                            )
                                    )
CONAGRA FOODS, INC., et al.,        )          ORDER
                                    )
            Defendants.             )
_____)


        This matter is before the Court on the motion to

withdraw by Robert Trenchard as counsel for defendants ConAgra

Foods, Inc., and Bruce C. Rhode (Filing No. 61).  The Court finds

said motion should be granted.  Accordingly,

        IT IS ORDERED that the motion to withdraw by Robert

Trenchard as counsel is granted.  Robert Trenchard is permitted

to withdraw as counsel for defendants ConAgra Foods, Inc., and

Bruce C. Rhode.

        DATED this 30th day of January, 2006.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court