IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
_____
IN RE CONAGRA FOODS, INC.      )
SECURITIES LITIGATION          )
_____)
JAMES M. WOODS, on behalf      )
of himself and all others      )
similarly situated,            )
                               )
            Plaintiff,         )        8:05CV493
                               )
     v.                        )
                               )
CONAGRA FOODS, INC., et al.,   )        ORDER
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the motion to withdraw by Weiss & Lurie (formerly Weiss & Yourman) (Filing No. 63). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion to withdraw by Weiss & Lurie (formerly Weiss & Yourman) as counsel is granted. Said firm is permitted to withdraw as counsel for plaintiffs.

DATED this 31st day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court